*Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983) (internal quotation marks omitted). Accordingly, the motion for leave to proceed IFP on appeal is DENIED, and the appeal is DISMISSED as frivolous. *See Baugh,* 117 F.3d at 202 & n. 24; 5TH CIR. R. 42.2. Powell's motion for the appointment of counsel is also DENIED. Powell is cautioned that the filing of frivolous appeals will result in the imposition of sanctions. *See* FED. R.APP. P. 38; *Coghlan v. Starkey,* 852 F.2d 806, 807–08, 811–12 (5th Cir.1988).

La Theasa STEVENS, Plaintiff–Appellant

v.

The CITY OF AUSTIN;
et al., Defendants

The City of Austin, Defendant–Appellee.

No. 06–50558.

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 2007.

La Theasa Stevens, pro se.

Laurie R. Eiserloh, for Defendant–Appellee.

Before DAVIS, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Circ. Loc. R. 47.6.

BROOKSHIRE BROTHERS HOLDING INC.; Brookshire Brothers Management Inc.; Brookshire Brothers Ltd., Plaintiffs–Appellants

v.

Tony ADAMSON; Homer Holden; Jay Wright, Defendants–Appellees.

Brookshire Brothers Holding Inc.; Brookshire Brothers Management Inc.; Brookshire Brothers Ltd., Plaintiffs–Appellants

v.

Jim Lawrence, Defendant–Appellee.

Nos. 06–30586, 06–30968.

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 2007.

Michael H. Schwartzberg, Vamvoras & Schwartzberg, Lake Charles, LA, for Plaintiffs–Appellants.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.